IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERIC GORDON,<br>MARQUINN JONES,<br>    Plaintiffs<br><br>v.<br><br>DONALD BARROW,<br>TED PHILBIN,<br>CAREY BARNES,<br>SERGEANT JOHNSON,<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>:  CASE NO. 7:05-CV-55 (HL)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 6) filed July 22, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiffs within the allotted time.

**SO ORDERED,** this the 10th day of August, 2005.

                                                                s/ Hugh Lawson
                                                                **HUGH LAWSON, Judge**
                                                                **United States District Court**